United States Courts
Southern District of Texas
**F I L E D**

MAR 0 9 2026

Nathan Ochsner, Clerk of Court

AO 243 (Rev. 09/17)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Southern Texas |
|---|---|

| Name *(under which you were convicted)*:<br>Craig Jorgensen | Docket or Case No.:<br>4:19CR00719-011 |
|---|---|
| Place of Confinement:<br>FCI Coleman - Medium | Prisoner No.:<br>73638-018 |

| UNITED STATES OF AMERICA | | Movant *(include name under which convicted)* |
|---|---|---|
| | v. | Craig Jorgensen |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
United States District Court for the Southern District of Texas Houston Division

   (b) Criminal docket or case number (if you know): 4:19CR00719-001

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: May 22, 2023

3. Length of sentence: 360 Months (30 years)

4. Nature of crime (all counts):
18 USC 2252A(a)(2) Conspiracy to recieve and distribute Child Porn
18 USC 2251(d)&(e) Conspiracy to advertise Child Porn
18 USC 2260A        Penalties for registered sex offenders

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒

AO 243 (Rev. 09/17)

8.  Did you appeal from the judgment of conviction?      Yes [X]        No [ ]

9.  If you did appeal, answer the following:
    (a) Name of court:  Fifth Circuit Court of Appeals
    (b) Docket or case number (if you know):  23-20283
    (c) Result: Anders Brief filed and accepted
    (d) Date of result (if you know): _____
    (e) Citation to the case (if you know): _____
    (f) Grounds raised:

No grounds raised. Anders brief filed by court appointed attorney
with out any consultation with defendant and no response to any
attempt at communication.

    (g) Did you file a petition for certiorari in the United States Supreme Court?      Yes [ ]        No [X]
        If "Yes," answer the following:
        (1) Docket or case number (if you know): _____
        (2) Result: _____

        (3) Date of result (if you know): _____
        (4) Citation to the case (if you know): _____
        (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications,
    concerning this judgment of conviction in any court?
        Yes [X]     No [X]

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

AO 243 (Rev. 09/17)

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised:




    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

         Yes ☐     No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

    (1)  Name of court:

    (2)  Docket of case number (if you know): _____

    (3)  Date of filing (if you know): _____

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised:




    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

         Yes ☐     No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:     Yes ☐     No ☐

    (2)  Second petition:     Yes ☐     No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** 18 USC 2260A, when applied to §2251 constitutes
Double Jeopardy

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Section 2260A is an additional penalty for committing certain predicate offenses while required to register as a sex offender. Section 2251 however, already contains an increased penalty for the same cause that would trigger the enhanced penalties of 2260A. This is Double Joapordy for increasing the terms of imprisonment twice as well as doubeling the Special Assesment fine for the same underlying cause.


(Memorandum in support to follow)


(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

Appells attorney raised no issues and never consulted defendant before filing an Anders Brief to the court.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____


(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

AO 243 (Rev. 09/17)

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

Appeals lawyer filed Anders Brief without any consultation or communication with the Defendant.

**GROUND TWO:**  18 USC 2251 is a production of child porn statute. No production was alleged or infered nor was it admitted to.

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Section 2251 is a statute prohibiting the production of child porn. No production of child porn was ever alleged. Section 2251(d) is quiet about the nature of the advertising within the statute, but all the sourounding sub-statutes are clear on their tie to the production of child porn.

(Memorandum in Support to Follow)

(b)  **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☒

AO 243 (Rev. 09/17)

(2)  If you did not raise this issue in your direct appeal, explain why:

```
Appeals Lawyer filed an Anders Brief with out consultation or
communication with Defendant
```

**(c)  Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☒

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐     No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐     No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

```
Appeals Lawyer filed only an Anders Brief and never consultet
or Communicated with the Defendant.
```

AO 243 (Rev. 09/17)

**GROUND THREE:**   Section 2260A is dependant on  Section 2251 in this

case. If ground two is successful Section 2260A is nonlonger valid.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

    Section 2260A defines certain crimes as a predicate to charging
2260A in a case. Of the crimes of conviction in the case at bar, only
2251 is one of those predicate crimes. If the arguments of Ground
Two are successful then section 2251 charges would be vacated and
no basis for the section 2260A conviction would remain. Defendant
would be factually and actually innocent of the charge.


          (Memorandum in Support to Follow)


(b) **Direct Appeal of Ground Three:**

    (1)   If you appealed from the judgment of conviction, did you raise this issue?

          Yes ☐    No ☒

    (2)   If you did not raise this issue in your direct appeal, explain why:

    Appeals attorney filed an Anders Brief without consulting or
communicating with the Defendant in any way.

(c) **Post-Conviction Proceedings:**

    (1)   Did you raise this issue in any post-conviction motion, petition, or application?

          Yes ☐    No ☒

    (2)   If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed:

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

    _____

    (3)   Did you receive a hearing on your motion, petition, or application?

          Yes ☐    No ☐

    (4)   Did you appeal from the denial of your motion, petition, or application?

          Yes ☐    No ☐

    (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

          Yes ☐    No ☐

AO 243 (Rev. 09/17)

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

Appeals attorney raised no issues and only submitted an Anders Brief, without any communication or consultation with the Defendant.

_____

**GROUND FOUR:**   Ineffective Assistance of Counsel throught case and Appeals process.

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Case Lawyer, Mr. Mosburger failed in several ways during the case. In priciple Mr. Mosberger failed to maintain a reasonable line of communication. He failed to bring to the prosecution several issues as discussed until  the very eve of a change of plea hearing and refused to take back any counter offer to prosecution. During the case on many occasions I asked about the discovery and was told by Mr. Mosberger that "Prossecution would not like that". This is a clear violation of my due process as I have a right to know and see any and all evidence against me.  All of which was withheld for the above reason. Appeals counsel was never in contact with me about any issues and filed a brief without once speaking with me in any manner.
(Memorandum in Support to follow)

(b)   **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐       No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐       No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

## Ground Five

During the Restitution Hearing, of which I was improperly excluded, a restitution amount of $200,000 was arrived at. Some time later, after a complaint to the Texas Bar, Mr. Mosberger releated that the amount was arrived at as follows:

40 victims at $5,000 each.

However, my P.S.R. only lists 30 victims. Further the amount estimates in my P.S.R. was approx. $35,000. Nothing I have addition from any official source validates how the amount was derived or why there is such a difference between what the Probation Department estimated and calculates in the P.S.R. and what was set forth at the Restitution hearing. Again a hearing that I was excluded from against my rights, and of which I have never recieved a suplemental Judgement and Commitment . Even the BOP has been unable to supply this supplemental form though they are collecting the fees and restitution from.

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

_____

13.   Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?        Yes ☐        No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

(b) At the arraignment and plea:

_Mervyn M. Mosbacker Jr._

(c) At the trial:

N/A

(d) At sentencing:

_Mervyn M. Mosbacker Jr._

(e) On appeal:

(f) In any post-conviction proceeding:

N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?        Yes ☒        No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☐        No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?        Yes ☐        No ☐

AO 243 (Rev. 09/17)

18.  **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

This motion is submitted in a timely manner. Less than the alloted time has passed since the appeal/Anders Brief was filed and accepted by the Court of Appeals.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of –
   (1)  the date on which the judgment of conviction became final;
   (2)  the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4)  the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:
```
Vacate the conviction for Count Two and Count Four (§2251 and §2260A)
and reduce the sentence accordingly.
```
or any other relief to which movant may be entitled.

_____
N/A
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____3/2/26_____
(month, date, year)

Executed (signed) on ____3/2/26_____ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.